UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 06 B 08284
   KEVIN F ZIMMERMAN
   JACQUELINE ZIMMERMAN                         CHAPTER 13

                                                JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-7987    SSN XXX-XX-3718
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/12/06 and confirmed on 10/03/06.

2. The case was dismissed after confirmation, 12/05/2008.

3. The Debtor paid a total of $ 15757.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL | SECURED VEHIC | 4250.00 | 522.94 | 3004.54 |
| PERSONAL FINANCE | SECURED | 500.00 | 62.00 | 341.40 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J COLCLOUGH ESQ | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | 6465.71 | .00 | 1948.26 |
| CONSULTANTS IN PATHOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED COLLECTION S | UNSECURED | NOT FILED | .00 | .00 |
| FIRST EXPRESS | UNSECURED | 336.34 | .00 | 101.35 |
| HEALTHCARE COLLECTION SE | UNSECURED | NOT FILED | .00 | .00 |
| THE LARAMAR GROUP | UNSECURED | 2080.54 | .00 | 626.92 |
| JOLIET RADIOLOGICAL | UNSECURED | NOT FILED | .00 | .00 |
| KIRSHNER VISION GROUP | UNSECURED | NOT FILED | .00 | .00 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| MINIMALLY INVASIVE SPINE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 431.17 | .00 | 129.93 |
| ORLAND DENTAL SPECIALIST | UNSECURED | NOT FILED | .00 | .00 |
| PALOS COMMUNITY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PALOS EMERCENCY MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PRAIRIE EMERGENCY SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 770.07 | .00 | 232.04 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SFC CENTRAL BANKRUPTCY | UNSECURED | 314.45 | .00 | 80.63 |
| SOUTH SUBURBAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SOUTHWEST SURGERY CENTER | UNSECURED | 8723.00 | .00 | 2628.44 |
| US DEPARTMENT OF EDUCATI | UNSECURED | 1477.22 | .00 | 445.12 |

```
JAMES S TEKYL PC            UNSECURED     NOT FILED             .00            .00
AMERICREDIT FINANCIAL       UNSECURED      3975.44              .00        1197.89
PERSONAL FINANCE            UNSECURED      3338.39              .00        1005.92
     Summary of disbursements:
-----------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER          TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  4750.00          .00     27912.33         .00       32662.33
PRINCIPAL PAID      3345.94          .00      8396.50         .00       11742.44
INTEREST PAID        584.94          .00           .00        .00         584.94
TOTAL PAID          3930.88          .00      8396.50         .00       12327.38
```

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   3000.00
and was paid $    300.00   direct and $   2700.00   through the plan.

The Trustee received $     729.62 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/16/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE